VERANDA BEACH, LLC,
Plaintiff–Appellant,

v.

RLI INSURANCE COMPANY,
Defendant–Appellee.

No. 04–60450.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 9, 2004.

William Lee Guice, III, Rushing & Guice, Biloxi, MS, for Plaintiff–Appellant.

William Edward Brown, Mandeville, LA, Russell S. Gill, Law Office of Russell S. Gill, Biloxi, MS, for Defendant–Appellee.

Before GARZA, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5th Cir.R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th Cir.R. 47.5.4.